# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN   **MH**
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Tony Morris Moore   SS# xxx-xx-2394

SS#

ADDRESS: 6708 Olivia Forest Rd., Memphis, TN 38141

PLAN PAYMENT: Debtor to pay $ 207.00  Weekly Every Two Weeks Semi-monthly Monthly

PAYROLL DEDUCTION: Republic Service   OR ( ) DIRECT PAY

5490 Malone Rd.   BECAUSE:

Memphis, TN 38118   FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

|  |  | PAYMENT |
|---|---|---|
| CHILD SUPPORT: | Future Support through Plan to |  |
|  | Child Support Arrearage to |  |
| PRIORITY CREDITORS: | Department of Treasury ($2,380) | $ 40.00 |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

ongoing payment begins
Approximate arrearage   Interest
ongoing payment begins
Approximate arrearage   Interest

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Capital One (2014 Hyundai Elantra) | $ 19,000.00 | 5.25% | $ 380.00 |
| Santander (2008 Saturn Aura) | $ 11,000.00 | 5.25% | $ 220.00 |
| Ally Financial (2011 Buick Regal) not 910 | $ 9,925.00 | 5.25% | $ 199.00 |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS:  Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: ;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.